K. Randolph Moore, Esq. SBN 106933
Tanya Levinson Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone: (408) 271-6600
Facsimile: (408) 298-6046

Attorneys for Plaintiff
Ronald Dean Moore

Daniel W. Rowley, SBN 109408
GILMORE, WOOD, VINNARD & MAGNESS, P.C.
7108 N. Fresno Street, Suite 410
Fresno, CA 93720
Telephone: (559) 448-9800
Facsimile: (559) 448-9899

Attorneys for Defendant
Mohamed Gameelah Eltareb

Catherine M. Corfee, SBN 155064
CORFEE STONE & ASSOCIATES
5441 Fair Oaks Blvd., Suite B-1
Carmichael, CA 95608
Telephone: (916) 487-5441
Facsimile: (916) 487-5440

Attorneys for Defendants
Sofyan Mohamed Saleh, Nagib Mohamed Saleh; Nagib Mohamed Saleh Family Revocable Living Trust dba Sunrise Food Mart and Shell Station; Sunrise Food Mart, LLC

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DEAN MOORE, <br><br>  Plaintiff, <br><br> vs. <br><br> MOHAMED GAMEELAH ELTAREB, et al., <br><br>  Defendants. | Case No.: 1:09-CV-01929-LJO-DLB <br><br> **STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE** <br><br> **Presently Scheduled Date:** February 4, 2010 <br> Time: 9:00 a.m. <br> Ctrm: No. 9 (6th Floor) <br> **Proposed Date:** March 23, 2010 <br> Time: 9:15 a.m. <br><br> DENNIS L. BECK <br> U.S. Magistrate Judge |

Stipulation for Continuance and Proposed Order  1

Moore v. Eltareb, et al.

|  ) |
|---|
|  ) |

Plaintiff Moore and Defendant Eltareb are in the process of settlement negotiations and need additional time in order to resolve the case.

IT IS HEREBY STIPULATED by and between all the parties hereto through their respective attorneys of record that the Mandatory Scheduling Conference date of February 4, 2010 is vacated and that the Mandatory Scheduling Conference is continued to March 23, 2010 at 9:15 a.m.

IT IS FURTHER STIPULATED that the parties will have until March 16, 2010 to file their Joint Scheduling Report.

IT IS SO STIPULATED.

Dated: January 27, 2010                    GILMORE, WOOD, VINNARD & MAGNESS, P.C.

                                            By:  /s/Daniel Rowley
                                            Daniel W. Rowley, Esq.
                                            Attorneys for Defendant
                                            Mohamed Gameelah Eltareb

Dated: January 27, 2010                    CORFEE STONE & ASSOCIATES

                                            By: /s/ Catherine M. Corfee
                                            Catherine M. Corfee, Esq.
                                            Attorneys for Defendants
                                            Sofyan Mohamed Saleh, Nagib Mohamed
                                            Saleh, Nagib Mohamed Saleh Family Revocable
                                            Living Trust dba Sunrise Food Mart and Shell
                                            Station; Sunrise Food Mart, LLC

Dated: January 27, 2010                    MOORE LAW FIRM, PC

                                            By: /s/Tanya Levinson Moore
                                            Tanya Levinson Moore
                                            Attorney for Plaintiff Ronald Moore

IT IS SO ORDERED.

   Dated:  **January 29, 2010**                    /s/ *Dennis L. Beck*
                                            UNITED STATES MAGISTRATE JUDGE

Stipulation for Continuance and Proposed                    Moore v. Eltareb, et al.
Order  2

Stipulation for Continuance and Proposed Order  3

Moore v. Eltareb, et al.