1  K. Randolph Moore, Esq. SBN 106933
   Tanya Levinson Moore, Esq. SBN 206683
2  MOORE LAW FIRM, P.C.
   332 N. Second Street
3  San Jose, CA  95112
   Telephone: (408) 271-6600
4  Facsimile: (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Dean Moore
6
   Daniel W. Rowley, SBN 109408
7  GILMORE, WOOD, VINNARD  & MAGNESS, P.C.
   7108 N. Fresno Street, Suite 410
8  Fresno, CA  93720
   Telephone: (559) 448-9800
9  Facsimile: (559) 448-9899

10 Attorneys for Defendant
   Mohamed Gameelah Eltareb
11
   Catherine M. Corfee, SBN 155064
12 CORFEE STONE & ASSOCIATES
   5441 Fair Oaks Blvd., Suite B-1
13 Carmichael, CA  95608
   Telephone:  (916) 487-5441
14 Facsimile:  (916) 487-5440

15 Attorneys for Defendants
   Sofyan Mohamed Saleh, Nagib Mohamed
16 Saleh; Nagib Mohamed Saleh Family Revocable
   Living Trust dba Sunrise Food Mart and Shell Station;
17 Sunrise Food Mart, LLC

18
                      **THE UNITED STATES DISTRICT COURT**
19
                      **FOR THE EASTERN DISTRICT OF CALIFORNIA**
20

21 RONALD DEAN MOORE,              )   Case No.:  1:09-CV-01929-LJO-DLB
                                   )
22         Plaintiff,              )   **STIPULATION FOR CONTINUANCE**
                                   )   **OF MANDATORY SCHEDULING**
      vs.                          )   **CONFERENCE**
23                                 )
24 MOHAMED GAMEELAH ELTAREB, et al., )
                                   )   **Presently Scheduled Date:** February 4, 2010
25         Defendants.             )   Time: 9:00 a.m.
                                   )   Ctrm: No. 9 (6th Floor)
                                   )   **Proposed Date:** March 23, 2010
26                                 )   Time:  9:15 a.m.
                                   )
27                                 )
                                   )   DENNIS L. BECK
28                                 )   U.S. Magistrate Judge
                                   )
                                   )

Stipulation for Continuance and Proposed                    Moore v. Eltareb, et al.
Order  1

)
)

Plaintiff Moore and Defendant Eltareb are in the process of settlement negotiations and need additional time in order to resolve the case.

IT IS HEREBY STIPULATED by and between all the parties hereto through their respective attorneys of record that the Mandatory Scheduling Conference date of February 4, 2010 is vacated and that the Mandatory Scheduling Conference is continued to March 23, 2010 at 9:15 a.m.

IT IS FURTHER STIPULATED that the parties will have until March 16, 2010 to file their Joint Scheduling Report.

IT IS SO STIPULATED.

Dated:  January 27, 2010             GILMORE, WOOD, VINNARD & MAGNESS, P.C.

                                      By:  /s/Daniel Rowley
                                      Daniel W. Rowley, Esq.
                                      Attorneys for Defendant
                                      Mohamed Gameelah Eltareb

Dated: January 27, 2010              CORFEE STONE & ASSOCIATES

                                      By: /s/ Catherine M. Corfee
                                      Catherine M. Corfee, Esq.
                                      Attorneys for Defendants
                                      Sofyan Mohamed Saleh, Nagib Mohamed
                                      Saleh, Nagib Mohamed Saleh Family Revocable
                                      Living Trust dba Sunrise Food Mart and Shell
                                      Station; Sunrise Food Mart, LLC

Dated:  January 27, 2010             MOORE LAW FIRM, PC

                                      By: /s/Tanya Levinson Moore
                                      Tanya Levinson Moore
                                      Attorney for Plaintiff Ronald Moore

IT IS SO ORDERED.

   Dated:  **January 29, 2010**              /s/ *Dennis L. Beck*
                                      UNITED STATES MAGISTRATE JUDGE

Stipulation for Continuance and Proposed                Moore v. Eltareb, et al.
Order  2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation for Continuance and Proposed Order   3

Moore v. Eltareb, et al.