1 | K. Randolph Moore, Esq. SBN 106933
Tanya Levinson Moore, Esq. SBN 206683
2 | MOORE LAW FIRM, P.C.
332 N. Second Street
3 | San Jose, CA 95112
Telephone: (408) 271-6600
4 | Facsimile: (408) 298-6046

Attorneys for Plaintiff
Ronald Dean Moore

Daniel W. Rowley, SBN 109408
GILMORE, WOOD, VINNARD & MAGNESS, P.C.
7108 N. Fresno Street, Suite 410
Fresno, CA 93720
Telephone: (559) 448-9800
Facsimile: (559) 448-9899

Attorneys for Defendant
Mohamed Gameelah Eltareb

Catherine M. Corfee, SBN 155064
CORFEE STONE & ASSOCIATES
5441 Fair Oaks Blvd., Suite B-1
Carmichael, CA 95608
Telephone: (916) 487-5441
Facsimile: (916) 487-5440

Attorneys for Defendants
Sofyan Mohamed Saleh, Nagib Mohamed
Saleh; Nagib Mohamed Saleh Family Revocable
Living Trust dba Sunrise Food Mart and Shell Station;
Sunrise Food Mart, LLC

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DEAN MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MOHAMED GAMEELAH ELTAREB, et al.,<br><br>　　　　Defendants.<br>_____ | Case No.: 1:09-CV-01929-LJO-DLB<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE**<br><br>**Presently Scheduled Date:** March 23, 2010<br>Time: 9:15 a.m.<br>Ctrm: No. 9 (6th Floor)<br>**Proposed Date:** May 26, 2010<br>Time: 9:15 a.m.<br><br>DENNIS L. BECK<br>U.S. Magistrate Judge |

Stipulation for Continuance and Proposed Order  1

Moore v. Eltareb, et al.

Plaintiffs and Defendants are in the process of settlement negotiations and need additional time in order to resolve the case.

IT IS HEREBY STIPULATED by and between all the parties hereto through their respective attorneys of record that the Mandatory Scheduling Conference date of March 23, 2010 is vacated and that the Mandatory Scheduling Conference is continued to May 26, 2010 at 9:15 a.m.

IT IS FURTHER STIPULATED that the parties will have until May 9, 2010 to file their Joint Scheduling Report.

IT IS SO STIPULATED.

Dated:  March 16, 2010				GILMORE, WOOD, VINNARD & MAGNESS, P.C.


					By:  /s/Daniel Rowley
					Daniel W. Rowley, Esq.
					Attorneys for Defendant
					Mohamed Gameelah Eltareb

Dated: March 16, 2010				CORFEE STONE & ASSOCIATES


					By: /s/ Catherine M. Corfee
					Catherine M. Corfee, Esq.
					Attorneys for Defendants
					Sofyan Mohamed Saleh, Nagib Mohamed
					Saleh, Nagib Mohamed Saleh Family Revocable
					Living Trust dba Sunrise Food Mart and Shell
					Station; Sunrise Food Mart, LLC

Dated:  March 16, 2010				MOORE LAW FIRM, PC

					By: /s/Tanya Levinson Moore
					Tanya Levinson Moore
					Attorney for Plaintiff Ronald Moore

IT IS SO ORDERED.

   Dated:   **March 18, 2010**			      /s/ Dennis L. Beck
					UNITED STATES MAGISTRATE JUDGE

Stipulation for Continuance and Proposed Order  2

Moore v. Eltareb, et al.