1  K. Randolph Moore, Esq. SBN 106933
   Tanya Levinson Moore, Esq. SBN 206683
2  MOORE LAW FIRM, P.C.
   332 N. Second Street
3  San Jose, CA 95112
   Telephone: (408) 271-6600
4  Facsimile: (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Dean Moore
6
   Daniel W. Rowley, SBN 109408
7  GILMORE, WOOD, VINNARD & MAGNESS, P.C.
   7108 N. Fresno Street, Suite 410
8  Fresno, CA 93720
   Telephone: (559) 448-9800
9  Facsimile: (559) 448-9899

10 Attorneys for Defendant
   Mohamed Gameelah Eltareb
11
   Catherine M. Corfee, SBN 155064
12 CORFEE STONE & ASSOCIATES
   5441 Fair Oaks Blvd., Suite B-1
13 Carmichael, CA 95608
   Telephone: (916) 487-5441
14 Facsimile: (916) 487-5440

15 Attorneys for Defendants
   Sofyan Mohamed Saleh, Nagib Mohamed
16 Saleh; Nagib Mohamed Saleh Family Revocable
   Living Trust dba Sunrise Food Mart and Shell Station;
17 Sunrise Food Mart, LLC

## THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DEAN MOORE,<br><br>            Plaintiff,<br><br>   vs.<br><br>MOHAMED GAMEELAH ELTAREB, et al.,<br><br>            Defendants. | Case No.: 1:09-CV-01929-LJO-DLB<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE**<br><br>**Presently Scheduled Date:** March 23, 2010<br>Time: 9:15 a.m.<br>Ctrm: No. 9 (6th Floor)<br>**Proposed Date:** May 26, 2010<br>Time: 9:15 a.m.<br><br>DENNIS L. BECK<br>U.S. Magistrate Judge |

Stipulation for Continuance and Proposed
Order  1

1

2   Plaintiffs and Defendants are in the process of settlement negotiations and need additional time

3   in order to resolve the case.

4   IT IS HEREBY STIPULATED by and between all the parties hereto through their respective

5   attorneys of record that the Mandatory Scheduling Conference date of March 23, 2010 is vacated

6   and that the Mandatory Scheduling Conference is continued to May 26, 2010 at 9:15 a.m.

7   IT IS FURTHER STIPULATED that the parties will have until May 9, 2010 to file their Joint

8   Scheduling Report.

9   IT IS SO STIPULATED.

10  Dated:  March 16, 2010            GILMORE, WOOD, VINNARD  & MAGNESS, P.C.

11                                    By:  /s/Daniel Rowley
12                                    Daniel W. Rowley, Esq.
                                      Attorneys for Defendant
13                                    Mohamed Gameelah Eltareb

14  Dated: March 16, 2010             CORFEE STONE & ASSOCIATES

15                                    By: /s/ Catherine M. Corfee
16                                    Catherine M. Corfee, Esq.
                                      Attorneys for Defendants
17                                    Sofyan Mohamed Saleh, Nagib Mohamed
18                                    Saleh, Nagib Mohamed Saleh Family Revocable
                                      Living Trust dba Sunrise Food Mart and Shell
19                                    Station; Sunrise Food Mart, LLC

20  Dated:  March 16, 2010            MOORE LAW FIRM, PC

21                                    By: /s/Tanya Levinson Moore
22                                    Tanya Levinson Moore
                                      Attorney for Plaintiff Ronald Moore
23

    IT IS SO ORDERED.
24

25  Dated:   **March 18, 2010**            /s/ Dennis L. Beck
26                                    UNITED STATES MAGISTRATE JUDGE

27

28