DANIEL W. ROWLEY, #109408
drowley@gwvm.com
GILMORE, WOOD, VINNARD & MAGNESS
P.O. Box 28907
Fresno, CA  93729-8907
Telephone: (559) 448-9800
Facsimile: (559) 448-9899

Attorneys for Defendant GAMEELAH MOHAMED-ELTAREB erroneously sued herein as MOHAMED GAMEELAH ELTAREB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RONALD DEAN MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOHAMED GAMEELAH ELTAREB, SOFYAN MOHAMED SALEH, NAGIB MOHAMED SALEH, NAGIB MOHAMED SALEH FAMILY REVOCABLE LIVING TRUST, dba SUNRISE FOOD MART AND SHELL STATION, SUNRISE FOOD MART, LLC,<br><br>　　　　　Defendants. | CASE NO. 1:09-CV-01929-LJO-DLB<br><br>**Assigned to U.S. District Judge Lawrence J. O'Neill**<br>**Complaint Filed: November 3, 2009**<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

On August 6, 2010, the parties filed a Stipulation for Dismissal with prejudice of this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2).

**ORDER**

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.  The Clerk is directed to close this action.

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA  93729-8907

10801-0\00198247.000

1:09-CV-01929-LJO-DLB
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS SO ORDERED.**

DATED: __August 11, 2010_____

_____
                    _/s/ Lawrence J. O'Neill
                    U.S. DISTRICT JUDGE LAWRENCE J. O'NEILL

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P.O. BOX 28907
FRESNO, CA  93729-8907

10801-0\00198247.000

2

1:09-CV-01929-LJO-DLB
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE